# EXHIBIT B

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

MATTHIESEN, WICKERT & LEHRER, S.C.
RICHARD A. SCHUSTER (*phv forthcoming*)
ASHTON T. KIRSCH (*phv forthcoming*)
1111 E. Sumner Street
Hartford, WI 270670
Tel: 262/673-7850
262/673-3766 (fax)
rschuster@mwl-law.com
akirsch@mwl-law.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY; AMERICAN ZURICH INSURANCE COMPANY; EMPIRE FIRE AND MARINE INSURANCE COMPANY; EMPIRE INDEMNITY INSURANCE COMPANY; UNIVERSAL UNDERWRITERS INSURANCE COMPANY; UNIVERSAL UNDERWRITERS OF TEXAS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS; COUNTRY PREFERRED INSURANCE COMPANY; COUNTRY CASUALTY INSURANCE COMPANY; COUNTRY MUTUAL INSURANCE COMPANY; MADISON MUTUAL INSURANCE COMPANY; FEDERATED MUTUAL INSURANCE COMPANY; FEDERATED SERVICE INSURANCE COMPANY; FEDERATED RESERVE INSURANCE COMPANY; ARIZONA | Case No.<br><br>**AFFIDAVIT OF TIMOTHY G. BLOOD PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)**<br><br>**DEMAND FOR JURY TRIAL** |

| | |
|---|---|
| 1 | AUTOMOBILE INSURANCE COMPANY; CENTURY SURETY |
| 2 | COMPANY; CELINA MUTUAL INSURANCE COMPANY; MIAMI |
| 3 | MUTUAL INSURANCE COMPANY; NATIONAL MUTUAL INSURANCE |
| 4 | COMPANY; FRANKENMUTH INSURANCE COMPANY; |
| 5 | GOODVILLE MUTUAL CASUALTY COMPANY; MMG INSURANCE |
| 6 | COMPANY; KEY INSURANCE COMPANY; FARM BUREAU |
| 7 | GENERAL INSURANCE COMPANY OF MICHIGAN; 360 INSURANCE |
| 8 | COMPANY; MOUNTAIN WEST FARM BUREAU MUTUAL |
| 9 | INSURANCE COMPANY; BATTLE CREEK MUTUAL INSURANCE |
| 10 | COMPANY; NODAK INSURANCE COMPANY; GOAUTO INSURANCE |
| 11 | COMPANY; AMERICAN WEST INSURANCE COMPANY; PIONEER |
| 12 | STATE MUTUAL INSURANCE COMPANY; WAYNE MUTUAL |
| 13 | INSURANCE COMPANY; NEVADA GENERAL INSURANCE COMPANY; |
| 14 | WOLVERINE MUTUAL INSURANCE COMPANY; |
| 15 | LEMONADE INSURANCE COMPANY; METROMILE |
| 16 | INSURANCE COMPANY; AUTO-OWNERS INSURANCE COMPANY; |
| 17 | HOME-OWNERS INSURANCE COMPANY; OWNERS INSURANCE |
| 18 | COMPANY; SOUTHERN-OWNERS INSURANCE COMPANY; |
| 19 | PROPERTY-OWNERS INSURANCE COMPANY; FARM BUREAU |
| 20 | PROPERTY & CASUALTY INSURANCE COMPANY; WESTERN |
| 21 | AGRICULTURAL INSURANCE COMPANY; SECURA INSURANCE |
| 22 | COMPANY (f/k/a SECURA INSURANCE, A MUTUAL |
| 23 | COMPANY); SECURA SUPREME INSURANCE COMPANY; ILLINOIS |
| 24 | CASUALTY COMPANY; PHARMACISTS MUTUAL |
| 25 | INSURANCE COMPANY; WEST BEND INSURANCE COMPANY; |
| 26 | SHELTER MUTUAL INSURANCE COMPANY; SHELTER GENERAL |
| 27 | INSURANCE COMPANY, |
| 28 | Plaintiffs. |

v.

KIA AMERICA, INC.; and HYUNDAI MOTOR AMERICA,

    Defendants.

BLOOD HURST & O'REARDON, LLP

00203359

AFFIDAVIT OF TIMOTHY G. BLOOD PURSUANT TO CAL. CIV. CODE § 1780(d)

I, TIMOTHY G. BLOOD, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am the managing partner of the law firm of Blood Hurst & O'Reardon LLP, one of the counsel of record for plaintiffs in the above-entitled action.

2. Defendant Kia America, Inc. ("Kia") has done and is doing business in Orange County, California. Such businesses include marketing, advertising, distributing, and selling and leasing, through its authorized dealers and distributors, the Kia automobiles at issue in this lawsuit. Its headquarters are also located in Orange County, California.

2. Defendant Hyundai Motor America ("Hyundai") has done and is doing business in Orange County, California. Such businesses include marketing, advertising, distributing, and selling and leasing, through its authorized dealers and distributors, the Hyundai automobiles at issue in this lawsuit. Its headquarters are also located in Orange County, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 14, 2023, at San Diego, California.

By: *s/ Timothy G. Blood*
TIMOTHY G. BLOOD