NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
BLOOD HURST & O'REARDON, LLP
Timothy G. Blood (149343)
Thomas J. O'Reardon II (247952)
James M. Davis (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ZURICH AMERICAN INSURANCE COMPANY, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:23-cv-01051 |
| v. | |
| KIA AMERICA, INC., et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Zurich American Insurance Company | Plaintiff |
| American Guarantee and Liability Insurance Company | Plaintiff |
| American Zurich Insurance Company | Plaintiff |
| Empire Fire and Marine Insurance Company | Plaintiff |
| Empire Indemnity Insurance Company | Plaintiff |
| Universal Underwriters Insurance Company | Plaintiff |
| Universal Underwriters of Texas Insurance Company | Plaintiff |
| Zurich American Insurance Company of Illinois | Plaintiff |
| Country Preferred Insurance Company | Plaintiff |
| Country Casualty Insurance Company | Plaintiff |
| Country Mutual Insurance Company | Plaintiff |
| Madison Mutual Insurance Company | Plaintiff |
| See Attachment | |

June 15, 2023                       s/ Timothy G. Blood
Date                                Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

*Zurich American Ins. Co., et al. v. Kia America, Inc., et al.*

United States District Court, Central District of California

## ATTACHMENT TO PLAINTIFFS' NOTICE OF INTERESTED PARTIES

| PARTY | CONNECTION/INTEREST |
|---|---|
| Federated Mutual Insurance Company | Plaintiff |
| Federated Service Insurance Company | Plaintiff |
| Federated Reserve Insurance Company | Plaintiff |
| Arizona Automobile Insurance Company | Plaintiff |
| Century Surety Company | Plaintiff |
| Celina Mutual Insurance Company | Plaintiff |
| Miami Mutual Insurance Company | Plaintiff |
| National Mutual Insurance Company | Plaintiff |
| Frankenmuth Insurance Company | Plaintiff |
| Goodville Mutual Casualty Company | Plaintiff |
| MMG Insurance Company | Plaintiff |
| Key Insurance Company | Plaintiff |
| Farm Bureau General Insurance Company of Michigan | Plaintiff |
| 360 Insurance Company | Plaintiff |
| Mountain West Farm Bureau Mutual Insurance Company | Plaintiff |
| Battle Creek Mutual Insurance Company | Plaintiff |
| Nodak Insurance Company | Plaintiff |
| GoAuto Insurance Company | Plaintiff |
| American West Insurance Company | Plaintiff |
| Pioneer State Mutual Insurance Company | Plaintiff |
| Wayne Mutual Insurance Company | Plaintiff |
| Nevada General Insurance Company | Plaintiff |
| Wolverine Mutual Insurance Company | Plaintiff |
| Lemonade Insurance Company | Plaintiff |
| Metromile Insurance Company | Plaintiff |
| Auto-Owners Insurance Company | Plaintiff |
| Home-Owners Insurance Company | Plaintiff |
| Owners Insurance Company | Plaintiff |
| Southern-Owners Insurance Company | Plaintiff |

1

| | |
|---|---|
| Property-Owners Insurance Company | Plaintiff |
| Owners Insurance Company | Plaintiff |
| Southern-Owners Insurance Company | Plaintiff |
| Property-Owners Insurance Company | Plaintiff |
| Farm Bureau Property & Casualty Insurance Company | Plaintiff |
| Western Agricultural Insurance Company | Plaintiff |
| SECURA Insurance Company (f/k/a SECURA Insurance, a Mutual Company) | Plaintiff |
| SECURA Supreme Insurance Company | Plaintiff |
| Illinois Casualty Company | Plaintiff |
| Pharmacists Mutual Insurance Company | Plaintiff |
| West Bend Insurance Company | Plaintiff |
| Farm Bureau Property & Casualty Insurance Company | Plaintiff |
| Shelter Mutual Insurance Company | Plaintiff |
| Shelter General Insurance Company | Plaintiff |
| Kia America, Inc. | Defendant |
| Hyundai Motor America | Defendant |

00203094