| | |
|---|---|
| 1 | BLOOD HURST & O'REARDON, LLP |
| 2 | TIMOTHY G. BLOOD (149343)<br>THOMAS J. O'REARDON II (247952) |
| 3 | JAMES M. DAVIS (301636)<br>501 West Broadway, Suite 1490 |
| 4 | San Diego, CA  92101<br>Tel: 619/338-1100 |
| 5 | 619/338-1101 (fax)<br>tblood@bholaw.com |
| 6 | toreardon@bholaw.com<br>jdavis@bholaw.com |
| 7 | MATTHIESEN, WICKERT & LEHRER, S.C. |
| 8 | RICHARD A. SCHUSTER<br>ASHTON T. KIRSCH |
| 9 | 1111 E. Sumner Street<br>Hartford, WI  270670 |
| 10 | Tel: 262/673-7850<br>262/673-3766 (fax) |
| 11 | rschuster@mwl-law.com<br>akirsch@mwl-law.com |
| 12 | [Additional Counsel Appear on Signature Page] |
| 13 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY; AMERICAN ZURICH INSURANCE COMPANY; EMPIRE FIRE AND MARINE INSURANCE COMPANY; EMPIRE INDEMNITY INSURANCE COMPANY; UNIVERSAL UNDERWRITERS INSURANCE COMPANY; UNIVERSAL UNDERWRITERS OF TEXAS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS; COUNTRY PREFERRED INSURANCE COMPANY; COUNTRY CASUALTY INSURANCE COMPANY; COUNTRY MUTUAL INSURANCE COMPANY; MADISON MUTUAL INSURANCE COMPANY; FEDERATED MUTUAL INSURANCE COMPANY; FEDERATED SERVICE INSURANCE COMPANY; FEDERATED RESERVE INSURANCE COMPANY; ARIZONA | Case No. 8:23-cv-01051<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>**DEMAND FOR JURY TRIAL** |

| | |
|---|---|
| 1 | AUTOMOBILE INSURANCE COMPANY; CENTURY SURETY COMPANY; CELINA MUTUAL INSURANCE COMPANY; MIAMI MUTUAL INSURANCE COMPANY; NATIONAL MUTUAL INSURANCE COMPANY; FRANKENMUTH INSURANCE COMPANY; GOODVILLE MUTUAL CASUALTY COMPANY; MMG INSURANCE COMPANY; KEY INSURANCE COMPANY; FARM BUREAU GENERAL INSURANCE COMPANY OF MICHIGAN; 360 INSURANCE COMPANY; MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY; BATTLE CREEK MUTUAL INSURANCE COMPANY; NODAK INSURANCE COMPANY; GOAUTO INSURANCE COMPANY; AMERICAN WEST INSURANCE COMPANY; PIONEER STATE MUTUAL INSURANCE COMPANY; WAYNE MUTUAL INSURANCE COMPANY; NEVADA GENERAL INSURANCE COMPANY; WOLVERINE MUTUAL INSURANCE COMPANY; LEMONADE INSURANCE COMPANY; METROMILE INSURANCE COMPANY; AUTO-OWNERS INSURANCE COMPANY; HOME-OWNERS INSURANCE COMPANY; OWNERS INSURANCE COMPANY; SOUTHERN-OWNERS INSURANCE COMPANY; PROPERTY-OWNERS INSURANCE COMPANY; FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY; WESTERN AGRICULTURAL INSURANCE COMPANY; SECURA INSURANCE COMPANY (f/k/a SECURA INSURANCE, A MUTUAL COMPANY); SECURA SUPREME INSURANCE COMPANY; ILLINOIS CASUALTY COMPANY; PHARMACISTS MUTUAL INSURANCE COMPANY; WEST BEND INSURANCE COMPANY; SHELTER MUTUAL INSURANCE COMPANY; SHELTER GENERAL INSURANCE COMPANY, |
| 28 | Plaintiffs. |

v.

KIA AMERICA, INC.; and HYUNDAI MOTOR AMERICA,

    Defendants.

**TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:**

Pursuant to Local Rules 83-1.3 and 83-1.4, plaintiffs Zurich American Insurance Company et al. ("Plaintiffs") in the above-captioned action, provide notice of cases currently pending in the Central District of California that arise from the same or a closely related transaction, happening, or event as the present case and which will call for determination of the same or substantially related or similar questions of law and fact and which would entail substantial duplication of labor if heard by different judges. These cases are the twenty-three earlier-filed actions that have been assigned to the Honorable James V. Selna for coordinated proceedings by the Judicial Panel on Multidistrict Litigation as part of *In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*, 8:22-ML-3052-JVS-KES:

1. *Miyoshi Morrow et al. v. Hyundai Motor America Inc. et al.*, 8:22-cv-01674-JVS-KES;
2. *Lauren Henry et al. v. Kia America, Inc. et al.*, 8:22-cv-01729-JVS-KES;
3. *Mary Jane Whalen v. Kia America, Inc. et al.*, 8:22-cv-01987-JVS-KES;
4. *David Lucas et al. v. Kia America, Inc. et al.*, 8:22-cv-02090-JVS-KES;
5. *Amanda Sue Sellers et al. v. Kia America Inc. et al.*, 8:22-cv-02065-JVS-KES;
6. *Kerry Lamons et al. v. Kia America, Inc. et al.*, 8:22-cv-01956-JVS-KES;
7. *Victoria Mohr et al. v. Kia America, Inc. et al.*, 8:22-cv-01905-JVS-KES;
8. *Stephanie McQuarrie et al. v. Kia America, Inc. et al.*, 8:22-cv-01721-JVS-KES;
9. *Eugenia Sampson et al. v. Kia America, Inc. et al.*, 8:22-cv-01815-JVS-KES;
10. *Steven Hufford v. Kia America, Inc. et al.*, 8:22-cv-01715-JVS-KES;
11. *Marchae Winston v. Kia America, Inc.*, 8:22-cv-02329-JVS-KES;

12. *Monique E. Baker et al. v. KIA America, Inc. et al.*, 8:22-cv-01712-JVS-KES;

13. *Mitchell Cohen et al. v. Kia America, Inc. et al.*, 8:22-cv-01664-JVS-KES;

14. *Courtney Fehrenbach et al. v. Hyundai Motor America et al.*, 8:22-cv-01922-JVS-KES.

15. *Clorinda Placencia et al. v. Kia America, Inc. et al.*, 8:23-cv-00139-JVS-KES;

16. *City of Cincinnati v. Hyundai Motor America et al.*, 2:23-cv-01750-JVS-KES;

17. *City of Cleveland v. Hyundai Motor America et al.*, 8:23-cv-00419-JVS-KES;

18. *State Farm Automobile Mutual Insurance Company et al. v. Hyundai Motor America et al.*, 8:23-cv-00443-JVS-KES;

19. *Brittney Sanders et al. v. Kia America, Inc. et al.*, 8:23-cv-00486-JVS-KES;

20. *City of Madison v. Hyundai Motor America et al.*, 8:23-cv-00555-JVS-KES;

21. *City of Buffalo v. Hyundai Motor America et al.*, 8:23-cv-00572-JVS-KES;

22. *City of Rochester v. Hyundai Motor America et al.*, 8:23-cv-00736-JVS-KES.

Like the present case, the above cases were brought against Kia and Hyundai, and the plaintiffs all allege being harmed as a result of the same or similar defect in Defendants' vehicles, allege similar causes of action, seek similar damages, and thus would entail substantial duplication of labor is heard by different judges.

For the foregoing reasons, Plaintiffs respectfully request that this action be re-assigned to the Honorable James V. Selna.

|  |  |
|---|---|
| 1 | Respectfully submitted, |
| 2  Dated: June 14, 2023 | BLOOD HURST & O'REARDON, LLP |
| 3 | TIMOTHY G. BLOOD (149343) |
|  | THOMAS J. O'REARDON II (247952) |
|  | PAULA R. BROWN (254142) |

By: *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

MATTHIESEN, WICKERT
  & LEHRER, S.C.
RICHARD A. SCHUSTER
ASHTON T. KIRSCH
1111 E. Sumner Street
Hartford, WI  270670
Tel: 262/673-7850
262/673-3766 (fax)
rschuster@mwl-law.com
akirsch@mwl-law.com

POYNTER LAW GROUP
SCOTT POYNTER
407 President Clinton Ave., Ste 201
Little Rock, AR 72201
Tel: 501/812-3943
scott@poynterlawgroup.com

*Attorneys for Plaintiffs*