AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

ZURICH AMERICAN INSURANCE COMPANY;

[See Attachment to Summons]

*Plaintiff(s)*

v.

KIA AMERICA, INC.; and HYUNDAI MOTOR AMERICA,

*Defendant(s)*

Civil Action No.  8:23-cv-01051 JWH (JDEx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KIA AMERICA, INC.
111 Peters Canyon Road
Irvine, CA  92606

HYUNDAI MOTOR AMERICA
10550 Talbert Avenue
Fountain Valley, CA  92728

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  BLOOD HURST & O'REARDON, LLP
Timothy G. Blood
Thomas J. O'Reardon II
James M. Davis
501 West Broadway, Suite 1490
San Diego, CA  92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  6/16/2023

*Signature of Clerk or Deputy Clerk*

*Zurich American Ins. Co., et al. v. Kia America, Inc., et al.*
United States District Court, Central District of California

## ATTACHMENT TO SUMMONS

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY; AMERICAN ZURICH INSURANCE COMPANY; EMPIRE FIRE AND MARINE INSURANCE COMPANY; EMPIRE INDEMNITY INSURANCE COMPANY; UNIVERSAL UNDERWRITERS INSURANCE COMPANY; UNIVERSAL UNDERWRITERS OF TEXAS INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS; COUNTRY PREFERRED INSURANCE COMPANY; COUNTRY CASUALTY INSURANCE COMPANY; COUNTRY MUTUAL INSURANCE COMPANY; MADISON MUTUAL INSURANCE COMPANY; FEDERATED MUTUAL INSURANCE COMPANY; FEDERATED SERVICE INSURANCE COMPANY; FEDERATED RESERVE INSURANCE COMPANY; ARIZONA AUTOMOBILE INSURANCE COMPANY; CENTURY SURETY COMPANY; CELINA MUTUAL INSURANCE COMPANY; MIAMI MUTUAL INSURANCE COMPANY; NATIONAL MUTUAL INSURANCE COMPANY; FRANKENMUTH INSURANCE COMPANY; GOODVILLE MUTUAL CASUALTY COMPANY; MMG INSURANCE COMPANY; KEY INSURANCE COMPANY; FARM BUREAU GENERAL INSURANCE COMPANY OF MICHIGAN; 360 INSURANCE COMPANY; MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY; BATTLE CREEK MUTUAL INSURANCE COMPANY; NODAK INSURANCE COMPANY; GOAUTO INSURANCE COMPANY; AMERICAN WEST INSURANCE COMPANY; PIONEER STATE MUTUAL INSURANCE COMPANY; WAYNE MUTUAL INSURANCE COMPANY; NEVADA GENERAL INSURANCE COMPANY; WOLVERINE MUTUAL INSURANCE COMPANY; LEMONADE INSURANCE COMPANY; METROMILE INSURANCE COMPANY; AUTO-OWNERS INSURANCE COMPANY; HOME-OWNERS INSURANCE COMPANY; OWNERS INSURANCE COMPANY; SOUTHERN-OWNERS INSURANCE COMPANY; PROPERTY-OWNERS INSURANCE COMPANY; FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY; WESTERN AGRICULTURAL INSURANCE COMPANY; SECURA INSURANCE COMPANY (f/k/a SECURA INSURANCE, A MUTUAL COMPANY); SECURA SUPREME INSURANCE COMPANY; ILLINOIS CASUALTY COMPANY; PHARMACISTS MUTUAL INSURANCE COMPANY; WEST BEND INSURANCE COMPANY; SHELTER MUTUAL INSURANCE COMPANY; SHELTER GENERAL INSURANCE COMPANY